# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3062

_____

United States of America,                    *
                                             *
            Plaintiff - Appellee,             *
                                             *        Appeal from the United States
      v.                                      *        District Court for the Western
                                             *        District of Missouri.
Matthew Andrew Key,                           *
                                             *              [UNPUBLISHED]
            Defendant - Appellant.            *

_____

Submitted:  February 15, 2006
Filed:   March 31, 2006

_____

Before RILEY, HEANEY, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Matthew Andrew Key pled guilty to possession with intent to distribute
cocaine base, in violation of 21 U.S.C. § 841(a)(1).  He received a sentence of 262
months and brought a timely appeal of his sentence.  Following oral argument, Key
filed a motion for remand, alleging that the trial court committed plain error when it
found him to be a career offender for purposes of United States Sentencing
Guidelines § 4B1.1.  In response, the government conceded that one of the
convictions used to qualify Key as a career offender, his 1997 Missouri conviction

for Trafficking Drugs, Second Degree, does not satisfy the requirements of U.S.S.G. § 4B1.2(b). Therefore, Key does not have "at least two prior felony convictions of either a crime of violence or a controlled substance offense," and Key does not qualify as a career offender for purposes of U.S.S.G. § 4B1.1.

Accordingly, we vacate Key's sentence and remand for resentencing.

_____